UNITED STATES DISTRICT COURT
DISTRICT OF MAINE (PORTLAND)

| | |
|---|---|
| **U.S. Bank National Association,**  )<br>as Trustee, successor-in-interest to  )<br>Bank of America, N.A., as Trustee,  )<br>successor to Wells Fargo Bank, N.A.,  )<br>as Trustee for the registered holders of  )<br>Wachovia Bank Commercial Mortgage  )<br>Trust, Commercial Mortgage Pass-Through )<br>Certificates, Series 2005-C22,  )<br>acting by and through its Special Servicer, )<br>CWCapital Asset Management, LLC  )<br>                                                                   )<br>Plaintiff                                                       )<br>                                                                   )<br>            v.                                                     )<br>                                                                   )<br>**Pendleton Westbrook SPE, LLC,** *et al.*   )<br>                                                                   )<br>Defendants                                                )  | Civil No. 2:16-cv-00411-JDL |

## AFFIDAVIT OF JEREMY ZINN

I, Jeremy Zinn., having been duly sworn, do depose and say the following:

1. I am an Asset Manager for CWCapital Asset Management, LLC ("CWCAM"). CWCAM is the special servicer for the Plaintiff in this matter, and I am the primary person responsible for this matter for CWCAM. As such, I have personal knowledge of all matters attested to herein.

2. Defendants in this case are special purpose entities whose sole asset is the collateral for the subject loan, namely One Riverfront Plaza, Westbrook, Maine.

3. The outstanding pay-off on the subject loan (amounts due minus funds held in reserve) is $18,040,902.66 . Attached hereto as Exhibit A is a true and accurate copy of the Estimated Payoff Statement for the subject loan. This statement was provided to Defendants, in response to their request, on September 9, 2016.

4. The most recent "as is" valuation of the Riverfront Plaza (the "Property") is $10,500,000.00. Attached hereto as Exhibit B is a true and accurate copy of the Executive Summary portion of that an Appraisal dated as of January 11, 2016.

5. Associated entities, with the same owners as Defendants in this matter, accrued over $75,000 in unpaid Property expenses for Key Plaza, Augusta, Maine, that Plaintiff ultimately funded through the receivership process for that Property.

Sworn under pains and penalties of perjury.

_____
Jeremy Zinn